**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 380 HEALTH & WELFARE PLAN, *et al.*<br><br>          Plaintiffs,<br><br>    v.<br><br>MCGUIRE ELECTRICAL CONTRACTING, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO:
2:07-cv-05205 (CMR)

**F I L E D**

FEB 2 5 2008

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

**CONSENT ORDER AND JUDGMENT**

Upon agreement of the parties, the International Brotherhood of Electrical Workers Local Union No. 380 Benefit Funds ("Funds") and McGuire Electrical Contracting, Inc. ("McGuire" or "Company"), hereby stipulate to entry of judgment in favor of the Funds and against McGuire as set forth herein:

WHEREFORE, this ____ day of February 2008, judgment is hereby entered in favor of the Funds and against McGuire and it is ORDERED by the Court that:

1.     This Consent Order and Judgment is entered pursuant to the terms of the Amended Settlement Agreement ("Amended Agreement") between the Funds and McGuire and all the terms and conditions of that Amended Agreement are incorporated herein as if fully restated.

2.     Judgment in the total sum of **$100,972.67** is entered in favor of the Funds against McGuire. This amount includes the following:

| | |
|---|---|
| Balance of March 9, 2007 Settlement | $33,191.76 |
| Late Fee (10/1/07 installment) | $ 166.25 |
| | |
| Post Settlement | |
|     Contributions | $47,714.66 |
|     Interest (3/1/08) | $ 2,352.15 |
|     Liquidated Damages | $ 9,844.71 |

189786-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS LOCAL UNION NO. 380 )
HEALTH & WELFARE PLAN, *et al.* )
          )
                   Plaintiffs, )    CIVIL ACTION NO:
       v. )    2:07-cv-05205 (CMR)
          )
MCGUIRE ELECTRICAL CONTRACTING, INC. )
          )
                   Defendant. )

### JOINT STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order

and Judgment may be entered without further notice or hearing.

**For The Funds**
                                          **For McGuire Electrical Contracting, Inc.**

BY: *Elizabeth Coleman*                BY: _____

ELIZABETH A. COLEMAN, ESQUIRE       MATTHEW R. NAHRGANG, ESQUIRE
JENNINGS SIGMOND P.C.                  35 Evansburg Road
510 Walnut Street                         Collegeville, PA 19426
16th Floor                                E-mail: mnahrgang@verizon.net
Philadelphia, PA 19106                Tele: (610) 489-3041
E-mail: ecoleman@jslex.com           Fax: (610) 489-3042
Tele: (215) 351-0644
Fax: (215) 922-3524                      Attorney for Defendant

Attorney for Plaintiffs

Attorneys' Fees (2/12/08)                    $ 7,703.14

**TOTAL DEBT**                               **$100,972.67**

3.      Within twenty (20) days of the entry of this Order, McGuire shall fully and

accurately complete and submit to the Funds any and all then outstanding remittance reports with

all required information including the name and social security number of each employee, the

hours worked, wages paid and contributions owed for that month together with a check for the

full amount of the contributions owed.

4.      McGuire shall submit to an audit of its wage, payroll, and personnel records for all

periods for which McGuire is obligated to contribute to the Funds within twenty (20) days of a

request by the Funds, and McGuire shall pay all contributions, interest, and liquidated damages

determined from such audit to be due, as well as the costs of such audit.

7.      McGuire shall pay to the Funds any additional reasonable attorneys' fees and costs

incurred thereafter in connection with this case to enforce and collect this judgment.  If any such

further action by the Funds is required, they may apply to this Court or to the court in which

enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out

in ¶1 above. See, Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57

Fed. Appx. 972 (3d Cir. 2003).

8.      Because of McGuire's persistent failure to meet its reporting and payment

obligations to the Funds under the terms of the collective bargaining agreements, McGuire, its

officers, agents, servants, employees, attorneys, and all persons acting on McGuire's behalf or in

conjunction with it shall be and hereby are restrained and enjoined from refusing to file

complete, proper and timely remittance reports with accompanying contributions for all periods

189786-1

for which McGuire is obligated to do so under the current and any future collective bargaining agreement(s) to which it is bound.

9.    This Consent Order and Judgment is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Order and Judgment may be enforced by the Funds in any court of competent jurisdiction

10.    If McGuire fails to comply with any of the terms of this Consent Order and Judgment, the Funds may, in addition to pursuing the remedies provided under Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to McGuire, and may at that time ask for further appropriate monetary and/or injunctive relief.

11.    This Consent Order and Judgment is enforceable by the Funds individually, singly or jointly, or by their agent.

12.    The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer to other jurisdictions upon the request of the Funds and payment of any required fee.

BY THE COURT:

Date: February 25, 2008

By: Cynthia M. Rufe    J.
Cynthia M. Rufe
United States District Judge

189786-1